0 7222

Withdrawn
and not
reissued.